439 A.2d 205

**MITCHELL'S FAMILY RESTAURANT, INC., t/a Mr. Angus Steak Haus,**

v.

**Leroy D. SCHAEFFER, t/a L. D. Schaeffer Air Conditioning, Refrigeration and Heating, Appellant.**

Superior Court of Pennsylvania.

Argued May 12, 1981.

Filed Dec. 29, 1981.

Joseph M. A. Nelabovige, Hamburg, for appellant.

Kent H. Herman, Allentown, for appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

PER CURIAM:

This is an appeal from an order denying appellant's motion for new trial and judgment n. o. v. We cannot reach the merits of appellant's contentions, however, because the order has not been reduced to judgment and docketed. Accordingly, the appeal is premature and must be quashed. *Slagter v. Thrifty Clean, Inc. (Slagter v. Mix)*, 441 Pa. 272, 272 A.2d 885 (1971); *Thomas M. Durkin & Sons, Inc. v. Nether Providence Township School Authority*, 291 Pa. Superior Ct. 402, 435 A.2d 1288 (1981); *Richard v. Chester Extended Care Center*, 287 Pa.Superior Ct. 289, 430 A.2d 290 (1981); *Brogley v. Chambersburg Engineering Co.*, 283 Pa. Superior Ct. 562, 424 A.2d 952 (1981).

Appeal quashed.

MONTEMURO, J., files a dissenting opinion.

MONTEMURO, Judge, dissenting:

I must dissent.

This action has been through arbitration, trial and appeal. It concerns an amount only slightly over $5,000.00. The litigants will now be forced to spend more time, money, and frustration on the issue, and this court will have to expend more court time and effort as well.

No sensible purpose is served by quashing a case of this sort. Rule of Appellate Procedure 105 permits waiver or modification of rules "to secure just, speedy, and inexpensive determination of every matter." This seems to me the sensible approach to matters such as presented in the instant action.

I would address the merits of the case and, therefore, I dissent.